IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN McKENZIE
a/k/a KEITH BARRETT                                              PLAINTIFF

    v.                    No. 05-2139

LARRY NORRIS, for the
State of Arkansas, et al.                                        DEFENDANTS

**ORDER**

Now on this 23rd day of January 2006, there comes on for consideration the report and recommendation filed herein on January 6, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). No objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's complaint is dismissed on the grounds that the claims asserted by Plaintiff are frivolous, fail to state claims upon which relief can be granted, and seek relief against a defendant who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge